UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



11 APR 13 AM 8: 37

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>EDWARD SAMBRANO (1),<br><br>　　　　　　　　　Defendant. | CASE NO. 09CR0376-L<br><br>**JUDGMENT OF DISMISSAL** |

　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_　the Court has dismissed the case for unnecessary delay; or

XX　the Court has granted the motion of the Government for dismissal; or

\_\_\_　the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_　a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_　the jury has returned its verdict, finding the defendant not guilty;

XX　of the offense(s) of the Indictment:

　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: APRIL 11, 2011

　　　　　　　　　　　　　　　　　M. JAMES LORENZ
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE